James L. Buchal, OSB No. 921618
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
Tel: 503-227-1011
E-mail: jbuchal@mbllp.com
*Attorneys for Joseph Gibson and Russell Schultz*

D. Angus Lee, WSB No. 36473 (*Pending Admission Pro Hac Vice*)
Angus Lee Law Firm, PLLC
9105A NE HWY 99 Suite 200
Vancouver, WA 98665
Tel: 360.635.6464
E-mail: Angus@AngusLeeLaw.com
*Attorney for Joseph Gibson and Russell Schultz*

THE HONORABLE STACIE F. BECKERMAN

FILED 18 SEP '20 10:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH GIBSON and RUSSELL SCHULTZ,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE SCHMIDT, in his official capacity as District Attorney of Multnomah County, Oregon, MULTNOMAH COUNTY DISTRICT ATTORNEY'S OFFICE, and BRAD KALBAUGH, in his official capacity as a Multnomah County Deputy District Attorney,<br><br>Defendants. | No. 3:20-CV-01580-SB<br><br>**PLAINTIFFS' REQUEST TO CONVENTIONALLY FILE VIDEO EXHIBITS** |

Page 1: PLAINTIFFS' REQUEST TO CONVENTIONALLY FILE VIDEO EXHIBITS

TO THE CLERK TO THE COURT:

Due to the inability to electronically file through the CM/ECF Document Filing System, Plaintiffs respectfully request that the Clerk enter into the record the attached USB stick containing the following video exhibits referenced in the Declaration of James L. Buchal in Support of Plaintiffs' Motion for a Temporary Restraining Order filed on September 16, 2020, Document Number 6:

- Exhibit 2;
- Exhibit 3;
- DX9;
- DX10; and
- DX11.

In addition, Plaintiffs also request that these video exhibits be made available to Hon. Karin J. Immergut to whom this matter has been referred to by Magistrate Judge Stacie F. Berman by Order dated September 16, 2020, Document Number 11.

Plaintiffs also state that true copies of these video exhibits have been transmitted to the following parties:

Brad Kalbaugh
Deputy District Attorney of Multnomah County
Multnomah County District Attorney's Office

Mike Schmidt
District Attorney of Multnomah County
Multnomah County District Attorney's Office

Jeffrey Howes
First Assistant to the Multnomah County District Attorney
Multnomah County District Attorney's Office

*/s/Carole Caldwell*

Page 2: PLAINTIFFS' REQUEST TO CONVENTIONALLY FILE VIDEO EXHIBITS

Conventionally filed Exs. to
9/16/20 Buchal Decl.
Case No. USDC 3:20cv01580

# EXHIBIT 2

Conventionally filed on USB Stick.

# EXHIBIT 3

Conventionally filed on USB Stick.