ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER  #001619
Senior Assistant Attorney General
DAVID BERRYMAN, #183049
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Jill.Schneider@doj.state.or.us
        David.Berryman@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH GIBSON and RUSSELL SCHULTZ, | Case No.  3:20-cv-01580-IM |
| Plaintiffs, | DEFENDANTS' OBJECTION TO MODIFICATION TO PROTECTIVE ORDER |
| v. | |
| MIKE SCHMIDT, in his official capacity as District Attorney of Multnomah County, Oregon, MULTNOMAH COUNTY DISTRICT ATTORNEY'S OFFICE, and BRAD KALBAUGH, in his official capacity as a Multnomah County Deputy District Attorney,, | |
| Defendants. | |

Defendants oppose any modification to the protective order in this case, because this

Court does not have jurisdiction. The protective order approved by this Court does not have a

Page 1 -   DEFENDANTS' OBJECTION TO MODIFICATION TO PROTECTIVE ORDER
      JS/lf1/Gibson 1580 PLD Defs' Objection to Mtn for Protective Order

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

provision for retaining jurisdiction over any matter arising from the motion for preliminary injunction now that the case has been dismissed for lack of jurisdiction.

Federal courts are courts of limited jurisdiction. "Without jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 94 (1998). Accordingly, federal courts are under a continuing duty to confirm their jurisdictional power and are even "obliged to inquire *sua sponte* whenever a doubt arises as to [its] existence...." *Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle*, 429 U.S. 274, 278 (1977) (citations omitted).

In *Giese v. Bostik, Inc.*, 2017 WL 1375628 (S.D. Cal. Apr. 14, 2017), plaintiffs had filed a class action that was ultimately dismissed for lack of subject matter jurisdiction. As in this case, before the question of jurisdiction was evaluated and the action dismissed, the *Giese* court had granted the parties' joint motion for entry of a protective order. The parties had then engaged in discovery and exchanged confidential information and materials subject to the terms of the protective order.

After the action was dismissed, plaintiffs refiled their case in state court, and defendant removed the action to a different federal court. The plaintiffs filed an *ex parte* application for an order clarifying or modifying the protective order originally entered. The court declined to do so. *Id.* at *2. The court concluded that based on its lack of subject matter jurisdiction, it lacked the authority to issue any further rulings with respect to the enforcement of the protective order that had been entered in this case. *Id.* at *5.

Page 2 -   DEFENDANTS' OBJECTION TO MODIFICATION TO PROTECTIVE ORDER
          JS/lf1/Gibson 1580 PLD Defs' Objection to Mtn for Protective Order
                              Department of Justice
                              1162 Court Street NE
                              Salem, OR 97301-4096
                           (503) 947-4700 / Fax: (503) 947-4791

This Court has already determined that it lacks jurisdiction over Plaintiffs' claims under the exemption doctrine expressed in *Younger v. Harris*, 401 U.S. 37 (1971). Oregon state courts have different policies and procedures regarding protective orders. Plaintiffs should look to those policies and procedures rather than have this Court modify the protective order for a case that is now closed.

DATED March March   15  , 2021.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    *s/ Jill Schneider*
    JILL SCHNEIDER #001619
    Senior Assistant Attorney General
    DAVID BERRYMAN, #183049
    Assistant Attorney General
    Trial Attorneys
    Tel (503) 947-4700
    Fax (503) 947-4791
    Jill.Schneider@doj.state.or.us
    David.Berryman@doj.state.or.us
    Of Attorneys for Defendants

Page 3 -   DEFENDANTS' OBJECTION TO MODIFICATION TO PROTECTIVE ORDER
JS/lf1/Gibson 1580 PLD Defs' Objection to Mtn for Protective Order
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on March __15__, 2021, I served the foregoing DEFENDANTS' OBJECTION TO MODIFICATION TO PROTECTIVE ORDER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| James L. Buchal<br>MURPHY & BUCHAL LLP<br>3425 SE Yamhill St., Ste. 100<br>Portland, OR 97214<br>   *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>___ E-SERVE |
| D. Angus Lee<br>Angus Lee Law Firm, PLLC<br>9105A NE HWY 99, Suite 200<br>Vancouver, WA 98665<br>   *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>___ E-SERVE |

                     *s/ Jill Schneider*
                     JILL SCHNEIDER #001619
                     Senior Assistant Attorney General
                     DAVID BERRYMAN, #183049
                     Assistant Attorney General
                     Trial Attorneys
                     Tel (503) 947-4700
                     Fax (503) 947-4791
                     Jill.Schneider@doj.state.or.us
                     David.Berryman@doj.state.or.us
                     Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
JS/lf1/10450911-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000